# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DANIEL LOUIS PILGRIM, | No. 118 MM 2015 |
| Petitioner | |
| v. | |
| MS. KIMBERLY A. BARKLEY, BOARD SECRETARY AND THE PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | |
| Respondents | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.